IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA and JOHN and JANE DOE, <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF JUSTICE; JOHN KELLY, in his official capacity as Secretary of the Department of Homeland Security; KEVIN K. MCALEENAN, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; REX W. TILLERSON, in his official capacity as Secretary of State; and JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States; <br><br>Defendants. | Civil Action No.: _____ |

## DOE PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Plaintiffs John Doe and Jane Doe (collectively, the "Doe Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for entry of an order granting them permission to proceed in this action under pseudonyms. This motion is supported by (i) a Memorandum of Law and (ii) Declarations of each of the Doe Plaintiffs, which are filed and served concurrently with this motion.

The Doe Plaintiffs should be permitted to participate in this litigation under pseudonyms. In this case, Plaintiffs are suing the President of the United States, several members of his Cabinet and federal agencies that control immigration to the United States, to challenge an

Executive Order that would, among other things, block foreign nationals from six majority Muslim countries who do not already have visas from entering the United States. As detailed in the Doe Plaintiffs' Memorandum of Law, if the Doe Plaintiffs are not permitted to proceed using fictitious names, they would not feel safe participating in this lawsuit. Identifying the Doe Plaintiffs would create a substantial risk of retaliatory physical and mental harm both to the Doe Plaintiffs and to their six minor children.

This litigation concerns highly publicized and controversial actions by the President of the United States, his surrogates, and several federal agencies in charge of deciding who gets to enter and remain in this country. The public disclosure of the Doe Plaintiffs' names would expose them to an increased risk of harm across several aspects of their lives. Such harms include threats to the lives of two of their children (who are currently abroad and in the process of trying to escape Yemen), and possible adverse consequences for their entire family, especially for their children who are still attempting to obtain visas to enter the United States. In addition, the Doe Plaintiffs and their children in the United States would be in danger of public hostility and harassment if their identities were disclosed.

For these and other reasons, the Doe Plaintiffs respectfully request that this Court grant their motion to proceed under pseudonyms.

Dated: March 23, 2017

By: _____
David J. Weiner (D.C. Bar #499806)
Charles A. Blanchard (D.C. Bar #1022256)
Amanda Johnson (*application for admission pending*)
ARNOLD & PORTER KAYE SCHOLER LLP

2

601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
David.weiner@apks.com
Charles.blanchard@apks.com
Amanda.johnson@apks.com

Emily Newhouse Dillingham (*pro hac vice admission forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Emily.dillingham@apks.com

Andrew D. Bergman (*pro hac vice admission forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
Andrew.bergman@apks.com

Kimberly Gelfand (*pro hac vice admission forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Kimberly.gelfand@apks.com

Johnathan Smith (*application for admission pending*)
Aziz Huq (*pro hac vice application forthcoming*)
MUSLIM ADVOCATES
P.O. Box 71080
Oakland, CA 94612
Telephone: (415) 692-1484
johnathan@muslimadvocates.org
huq@chicago.edu

Gillian B. Gillers (*pro hac vice application forthcoming*)
Kristi L. Graunke (*pro hac vice application forthcoming*)
Naomi R Tsu (*pro hac vice application forthcoming*)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
gillian.gillers@splcenter.org
kristi.graunke@splcenter.org
naomi.tsu@splcenter.org

Richard B. Katskee (D.C. Bar #474250)
Bradley Girard (*application for admission pending*)
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234
Facsimile: (202) 466-3353
Katskee@au.org
Girard@au.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

David J. Weiner
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
David.weiner@apks.com