**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00537-TSC |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PARTIES' JOINT SCHEDULING MOTION**

Plaintiffs and Defendants jointly move for the entry of an order setting forth a schedule for briefing and a hearing on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 11) ("Motion for a Preliminary Injunction"). Plaintiffs filed their Motion for a Preliminary Injunction on March 27, 2017. Accordingly, Defendants' response to that motion is currently due on April 3, 2017. *See* LCvR 65.1(c).

The parties mutually propose the following briefing and hearing schedule:

- Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction shall be filed on or before April 14, 2017;

- Plaintiffs Reply in Support of their Motion for a Preliminary Injunction shall be filed on or before April 21, 2017; and

- The Court shall hold a hearing on Plaintiffs' Motion for a Preliminary Injunction on April 28,[1] or as soon thereafter as counsel may be heard.

A proposed order is attached hereto.

---

[1] Counsel for the Defendants has a preference for a hearing on April 28, to the extent that the Court is able to accommodate that request.

Johnathan Smith (*application for admission pending*)
Aziz Huq (*pro hac vice application forthcoming*)
MUSLIM ADVOCATES
P.O. Box 71080
Oakland, CA 94612
Telephone: (415) 692-1484
Johnathan@muslimadvocates.org
huq@chicago.edu

Richard B. Katskee (D.C. Bar # 474250)
Bradley Girard (*application for admission pending)*
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234
Facsimile: (202) 466-3353
Katskee@au.org
Girard@au.org

Gillian B. Gillers (*pro hac vice application forthcoming*)
Kristi L. Graunke (*pro hac vice application forthcoming*)
Naomi R Tsu (*pro hac vice application forthcoming*)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
gillian.gillers@splcenter.org
kristi.graunke@splcenter.org
naomi.tsu@splcenter.org

*/s/ David J. Weiner*
David J. Weiner (D.C. Bar # 499806)
Charles A. Blanchard (D.C. Bar # 1022256)
Amanda Johnson (*application for admission pending*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
David.weiner@apks.com
Charles.blanchard@apks.com
Amanda.johnson@apks.com

Emily Newhouse Dillingham (*pro hac vice application forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Emily.dillingham@apks.com

Andrew D. Bergman (*pro hac vice application forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
Andrew.bergman@apks.com

Kimberly Gelfand (*pro hac vice application forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Kimberly.gelfand@apks.com

*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. BAR NO. 467513)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530

Tel.:  (202) 514-3374
Fax:  (202) 616-8460
Email:  brad.rosenberg@usdoj.gov

*Counsel for Defendants*