IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA; JOHN DOE and JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF JUSTICE; JOHN KELLY, in his official capacity as Secretary of the Department of Homeland Security; KEVIN K. MCALEENAN, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; REX W. TILLERSON, in his official capacity as Secretary of State; and JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States; <br><br> Defendants. | Civil Case No.: _____ |

DECLARATION OF DAVID J. WEINER IN SUPPORT OF
PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND
MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
<u>INJUNCTION</u>

I, David J. Weiner, hereby declare as follows:

1. I am over the age of eighteen and competent to testify.

2. I am an attorney at Arnold & Porter Kaye Scholer LLP. This Declaration is submitted in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief and Motion for Temporary Restraining Order and Preliminary Injunction, filed concurrently herewith.

1

3. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of a news article from the New York Times dated March 15, 2017 titled "2 Federal Judges Rule Against Trump's Latest Travel Ban." Link: https://www.nytimes.com/2017/03/15/us/politics/trump-travel-ban.html.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a printout of a news article from the Washington Post dated February 22, 2017 titled "A new travel ban with 'mostly minor technical differences'? That probably won't cut it, analysts say." Link: http://wapo.st/2mmmECm.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a news article from Politico dated November 18, 2015, titled "Trump: 'Absolutely no choice' but to close mosques." Link: http://www.politico.com/story/2015/11/trump-close-mosques-216008.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of a press release published by the presidential campaign website of Donald J. Trump dated December 7, 2015, titled "Donald J. Trump Statement on Preventing Muslim Immigration." Link: https://www.donaldjtrump.com/press-releases/donald-j.-trump-statement-on-preventing-muslim-immigration.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a printout of a Twitter post posted by Donald J. Trump on his personal Twitter account at 2:32 PM on December 7, 2015. Link: https://twitter.com/realdonaldtrump/status/673993417429524480.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a printout of an article from Politifact dated January 28, 2016, titled "Christie says neighbors of San Bernardino shooters knew more than they did." Link: http://www.politifact.com/truth-o-meter/statements/2016/jan/28/chris-christie/christie-says-neighbors-san-bernardino-shooters-kn/.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a printout of the transcript of the January 14, 2016 Republican Debate in North Charleston, South Carolina. Link: http://www.presidency.ucsb.edu/ws/index.php?pid=111395.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a printout of the transcript of an interview by Anderson Cooper with Donald J. Trump that aired on March 9, 2016 on Anderson Cooper 360 Degrees and published by CNN. Link: http://www.cnn.com/TRANSCRIPTS/1603/09/acd.01.html.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of a news article from Reuters dated June 14, 2016, titled "After Florida shooting, Trump hardens stance on Muslims." Link: http://www.reuters.com/article/us-usa-election-clinton-idUSKCN0YZ1GE.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a printout of a news article from Politico dated June 13, 2016, titled "Transcript: Donald Trump's national security speech," containing the transcript of then-candidate Mr. Trump's June 13 speech on national security and terrorism in the wake of the Orlando massacre. Link: http://www.politico.com/story/2016/06/transcript-donald-trump-national-security-speech-224273.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a printout of the transcript of an interview by Chuck Todd with Donald J. Trump that aired on July 24, 2016 on Meet the Press and was published by NBC News. Link: http://nbcnews.to/29TqPnp.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a printout of a news article from Slate dated January 29, 2017, titled "Rudy Giuliani Admits Trump Asked How to Implement a Muslim Ban Legally." Link: http://thehill.com/homenews/administration/316726-giuliani-trump-asked-me-how-to-do-a-muslim-ban-legally.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a printout of a news article from ABC News dated November 18, 2016, titled "Donald Trump National Security Adviser Mike Flynn Has Called Islam 'a Cancer.'" Link: http://abcnews.go.com/Politics/donald-trump-national-security-adviser-mike-flynn-called/story?id=43575658.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a printout of a news article from CNN Politics dated November 22, 2016 titled "Michael Flynn in August: Islamism a 'vicious cancer' in body of all Muslims that 'has to be excised.'" Link: http://www.cnn.com/2016/11/22/politics/kfile-michael-flynn-august-speech/.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a printout of a news article from USA Today dated January 31, 2017, titled "Steve Bannon's own words show sharp break on security issues." Link: http://www.usatoday.com/story/news/2017/01/31/bannon-odds-islam-china-decades-us-foreign-policy-doctrine/97292068/.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a printout of a news article from the Guardian dated February 3, 2017, titled "Steve Bannon's Islamophobic film script just one example of anti-Muslim views." Link: https://www.theguardian.com/us-news/2017/feb/03/steve-bannon-islamophobia-film-script-muslims-islam.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a printout of a news article from USA Today dated February 9, 2017, titled "Bannon, Flynn and Sessions: How Trump's top advisers view Muslims, in their own word." Link: http://www.usatoday.com/story/news/2017/02/09/how-some-trump-advisors-see-islam-their-own-words/97662862/.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a printout of a news article from CBS News dated January 27, 2017 titled "Brody File Exclusive: President Trump Says Persecuted Christians Will Be Given Priority as Refugees." Link: http://bit.ly/2kCqG8M.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a printout of a news article from the New York Times dated January 31, 2017, titled "More People Were Affected by Travel Ban Than Trump Originally Said." Link: https://www.nytimes.com/2017/01/31/us/politics/trump-ban-immigrants-refugees.html.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a printout of a one page Department of State letter from the Deputy Assistant Visa Secretary for Visa Services dated January 27, 2017. Link: https://www.documentcloud.org/documents/3440712-DOS-letter.html.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a printout of a press release dated January 29, 2017 titled "Statement by Senators McCain & Graham on Executive Order on Immigration." Link: http://bit.ly/2nkx3SW.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a printout of a Twitter post posted by Donald J. Trump on his personal Twitter account at 3:35 PM on February 9, 2017. Link: https://twitter.com/realdonaldtrump/status/829836231802515457.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a printout of a news article from CNN dated January 30, 2017 titled "Inside the Confusion of the Trump Executive Order and Travel Ban." Link: http://cnn.it/2kGdcZy.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a printout of a Department of Homeland Security Intelligence document published by the Associated Press on February 24, 2017. Link: https://www.documentcloud.org/documents/3474730-DHS-intelligence-document-on-President-Donald.html.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a printout of a news article from the New York Times dated January 31, 2017, titled "State Dept. Dissent Cable on Trump's Ban Draws 1,000 Signatures." Link: https://nyti.ms/2jS5A6o.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a printout of a State Department Dissent cable titled "Dissent Channel: Alternatives to Closing Doors in Order to Secure Our Borders." Link: https://assets.documentcloud.org/documents/3438487/Dissent-Memo.pdf.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a printout of the Joint Declaration of Madeleine K. Albright, Avril D. Haines, Michael V. Hayden, John F. Kerry, John E. McLaughlin, Lisa O. Monaco, Michael J. Morell, Janet A. Napolitano, Leon E. Panetta, and Susan E. Rice in *Washington v. Trump*, No. 17-35105, ECF 28-2. Link: http://cdn.ca9.uscourts.gov/datastore/general/2017/02/06/17-35105%20opposition%20exhibit.pdf.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a printout of a letter dated January 30, 2017 from former national security officials to Secretary of Homeland Security John F. Kelly, then-Acting Attorney General Sally Yates, and then-Acting Secretary of State Thomas Shannon. Link: https://lofgren.house.gov/uploadedfiles/finalrefugeeletter01302017.pdf.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a printout of a news article from the New York Times dated January 28, 2017, titled "Immigration Ban Is Unlikely to Reduce Terrorist Threat, Experts Say." Link: https://www.nytimes.com/2017/01/28/us/politics/a-sweeping-order-unlikely-to-reduce-terrorist-threat.html.

32. Attached hereto as **Exhibit 30** is a true and correct copy of a printout of a research report dated January 26, 2017 titled "Muslim-American Involvement with Violent Extremism." Link: https://sites.duke.edu/tcths/files/2017/01/FINAL_Kurzman_Muslim-American_Involvement_in_Violent_Extremism_2016.pdf.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a printout of an opinion piece from CNN dated January 30, 2017 titled "Trump's travel ban wouldn't have

stopped these deadly terrorists." Link: http://www.cnn.com/2017/01/30/opinions/travel-ban-wouldnt-have-stopped-these-deadly-terrorists-bergen-sterman/.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a printout of a publication from New America titled "Terrorism in America After 9/11, Part II: Who are the Terrorists?" Link: https://www.newamerica.org/in-depth/terrorism-in-america/who-are-terrorists/.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a printout of a news article from the New York Times dated March 11, 2017 titled "Trump's Revised Travel Ban Is Denounced by 134 Foreign Policy Experts." Link: https://www.nytimes.com/2017/03/11/us/politics/trump-travel-ban-denounced-foreign-policy-experts.html.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a printout of chapter 5 in a research report from the U.S. Department of State dated March 13, 2017 titled "Country Reports on Terrorism 2015." Link: https://tinyurl.com/jap2fpf.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a printout of a letter from Senators Sessions and Cruz to President Obama dated June 14, 2016. Link: https://web.archive.org/web/20161109030307/http://www.sessions.senate.gov/public/_cache/files/f9d1d9f4-6ee8-42ff-a5f2-29a2518fe2f7/06.14.16-sens.-sessions-cruz-to-president-obama-on-terrorism-immigration.pdf.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a printout of a publication from the Cato Institute dated January 25, 2017 titled "Little National Security Benefit to Trump's Executive Order on Immigration." Link: https://www.cato.org/blog/little-national-security-benefit-trumps-executive-order-immigration.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a printout of a news article from the Oregonian dated March 7, 2017 titled "Trump Used Failed Portland Car Bomb Plot as Justification for New Travel Ban." Link: http://bit.ly/2nt4aRV.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a printout of a research report from the Pew Research Center dated October 7, 2009 titled "Mapping the Global Muslim Population." Link: http://www.pewforum.org/2009/10/07/mapping-the-global-muslim-population/#footnotes.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a printout of an archived entry from the BBC dated August 19, 2008 titled "Sunni and Shi'a." Link: http://www.bbc.co.uk/religion/religions/islam/subdivisions/sunnishia_1.shtml.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a printout of an analysis by the Washington Post dated November 21, 2016 titled "Shiites are participating in the world's largest pilgrimage today. Here's how they view the world." Link: http://wapo.st/2g8oR4W.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a printout of a news article by the Independent dated January 17, 2017 titled "Yemen civil war: 10,000 civilians killed and 40,000 injured in conflict, UN reveals." Link: http://www.independent.co.uk/news/world/middle-east/yemen-civil-war-civilian-death-toll-10000-killed-40000-injured-conflcit-un-reveals-a7530836.html.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a printout of a news article from The Guardian dated January 16, 2017 titled "Yemen death toll has reached 10,000, UN says." Link: https://www.theguardian.com/world/2017/jan/16/yemen-war-death-toll-has-reached-10000-un-says.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a printout of the country profiles of Iran, Libya, Somalia, Sudan, Syria, and Yemen from a CIA publication titled the "CIA World Factbook." Link: https://www.cia.gov/library/publications/the-world-factbook.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a printout of a news article from Newsweek dated January 31, 2017 titled "Where Do Terrorists Come From? Not the Nations Named in Trump Ban." Link: http://www.newsweek.com/where-do-terrorists-come-not-seven-countries-named-550581.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a printout of a research report from the Pew Research Center dated January 30, 2017 titled "Key Facts About Refugees to the U.S." Link: http://www.pewresearch.org/fact-tank/2017/01/30/key-facts-about-refugees-to-the-u-s/.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a printout of a news article from the New York Times dated March 6, 2017 titled "Don't Be Fooled, Trump's New Muslim Ban Is Still Illegal." Link: https://www.nytimes.com/2017/03/06/opinion/dont-be-fooled-trumps-new-muslim-ban-is-still-illegal.html?_r=0.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a printout of a blog article dated March 10, 2017 titled "The Travel Ban Executive Order as Separation-of-Powers Test Case." Link: https://www.justsecurity.org/38675/travel-ban-executive-order-separation-of-powers-test-case/.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a printout of a blog article from LawNewz dated March 6, 2017 titled "President Trump Signs New Travel Ban Executive Order." Link: http://lawnewz.com/high-profile/breaking-president-trump-signs-new-executive-order-on-immigration-ends-indefinite-ban-on-syrian-refugees/.

51.     Attached hereto as **Exhibit 49** is a true and correct copy of a printout of a news article from the Washington Post dated February 24, 2017 titled "DHS Report Casts Doubt on Need for Trump Travel Ban." Link: http://wapo.st/2lOkpKW.

52.     Attached hereto as **Exhibit 50** is a true and correct copy of a printout of a news article from the St. Louis Post-Dispatch dated February 4, 2017 titled "Trump lashes Out at Federal Judge Over Ruling on Travel Ban." Link: http://www.stltoday.com/news/national/govt-and-politics/trump-lashes-out-at-federal-judge-over-ruling-on-travel/article_40fcf6cf-8dd3-5ff1-a561-d0897195aec0.html.

53.     Attached hereto as **Exhibit 51** is a true and correct copy of a printout of a news article from NBC News dated March 6, 2017 titled "Donald Trump Expected to Sign New Immigration Order: A Timeline." Link: http://www.nbcnews.com/news/us-news/donald-trump-expected-sign-new-immigration-order-timeline-n729186.

54.     Attached hereto as **Exhibit 52** is a true and correct copy of a printout of a news article from CNN dated March 1, 2017 titled "Trump Delays New Travel Ban After Well-Reviewed Speech." Link: http://www.cnn.com/2017/02/28/politics/trump-travel-ban-visa-holders/.

55.     Attached hereto as **Exhibit 53** is a true and correct copy of a printout of Executive Order Protecting The Nation From Foreign Terrorist Entry Into the United States dated March 6, 2017. Link: https://www.whitehouse.gov/the-press-office/2017/03/06/executive-order-protecting-nation-foreign-terrorist-entry-united-states.

56.     Attached hereto as **Exhibit 54** is a true and correct copy of a printout of a blog article from the Cato Institute dated January 26, 2017 titled "Guide to Trump's Executive Order to Limit Migration for 'National Security' Reasons." Link: https://www.cato.org/blog/guide-trumps-executive-order-limit-migration-national-security-reasons.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a printout of a research report from Politifact dated January 29, 2017 titled "No terrorist attacks post 9/11 by people from countries in Trump's travel bans?" Link: http://www.politifact.com/truth-o-meter/statements/2017/jan/29/jerrold-nadler/have-there-been-terrorist-attacks-post-911-countri/.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a printout of a news article from ABC News dated January 29, 2017 titled "Trump Spars With Sens. McCain and Graham After They Criticize Travel Ban." Link: http://abcnews.go.com/Politics/handful-gop-senators-representatives-criticize-trump-travel-ban/story?id=45121595.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a printout of a news article from the Washington Post dated January 29, 2017 titled "Trump's Travel Ban Is a Gift to Iran's Rulers." Link: http://wapo.st/2kDw1NR.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a printout of a news article from Al Jazeera dated January 16, 2017 titled "Death toll in Yemen conflict passes 10,000." Link: http://www.aljazeera.com/news/2017/01/death-toll-yemen-conflict-passes-10000-170117040849576.html.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a printout of a news article from BBC News dated December 8, 2015 titled "Trump's 'Muslim Lockdown': What Is the Center for Security Policy?" Link: http://bbc.in/1U0yVr4.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a printout of a research report from the Bridge Initiative dated December 7, 2015 titled "Trump Calls for Ban on Muslims, Cites Deeply Flawed Poll." Link: http://bridge.georgetown.edu/new-poll-on-american-muslims-is-grounded-in-bias-riddled-with-flaws/.

63.	Attached hereto as **Exhibit 61** is a true and correct copy of a printout of an article from Politifact dated December 9, 2015 titled "Trump cites shaky survey in call to ban Muslims from entering US." Link: http://www.politifact.com/truth-o-meter/statements/2015/dec/09/donald-trump/trump-cites-shaky-survey-call-ban-muslims-entering/.

64.	Attached hereto as **Exhibit 62** is a true and correct copy of a printout of a news article from The Washington Times dated June 9, 2009 titled "Gaffney: America's first Muslim president?" Link: http://www.washingtontimes.com/news/2009/jun/9/americas-first-muslim-president/.

65.	Attached hereto as **Exhibit 63** is a true and correct copy of a printout of a news article from CBS News dated July 17, 2016 titled "The Republican Ticket: Trump and Pence." Link: http://www.cbsnews.com/news/60-minutes-trump-pence-republican-ticket/.

66.	Attached hereto as **Exhibit 64** is a true and correct copy of a printout of the transcript of the October 9, 2016 Republican Debate at Washington University in St. Louis, Missouri. Link: http://www.presidency.ucsb.edu/ws/index.php?pid=119038.

67.	Attached hereto as **Exhibit 65** is a true and correct copy of a printout of a news article from Talking Points Memo dated January 27, 2017 titled "Trump Signs Executive Order Laying Out 'Extreme Vetting.'" Link: http://talkingpointsmemo.com/livewire/trump-signs-vetting-executive-order.

68.	Attached hereto as **Exhibit 66** is a true and correct copy of a printout of a Twitter post posted by Donald J. Trump on his personal Twitter account at 5:31 AM on January 30, 2017. Link: https://twitter.com/realDonaldTrump/status/826060143825666051.

69. Attached hereto as **Exhibit 67** is a true and correct copy of a printout of a Twitter post posted by Donald J. Trump on his personal Twitter account at 4:50 AM on February 1, 2017. Link: https://twitter.com/realDonaldTrump/status/826774668245946368.

70. Attached hereto as **Exhibit 68** is a true and correct copy of a printout of a Twitter post posted by Donald J. Trump on his personal Twitter account at 7:03 AM on January 29, 2017. Link: https://twitter.com/realDonaldTrump/status/825721153142521858.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a printout of a research report from the Pew Research Center dated October 6, 2016 titled "U.S. admits record number of Muslim refugees in 2016." Link: http://www.pewresearch.org/fact-tank/2016/10/05/u-s-admits-record-number-of-muslim-refugees-in-2016/.

72. Attached hereto as **Exhibit 70** is a true and correct copy of a news article from Politico dated February 21, 2017 titled "Trump: 'White House creates confusion about future of Trump's travel ban." Link: http://www.politico.com/story/2017/02/trump-travel-ban-confusion-235241.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a printout of a news article from USA Today dated February 24, 2017 titled "DHS memo contradicts threats cited by Trump's travel ban." Link: http://www.usatoday.com/story/news/2017/02/24/dhs-memo-contradict-travel-ban-trump/98374184/.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a printout of a news article from the Washington Post dated March 16, 2017 titled "Federal judge in Hawaii freezes President Trump's new entry ban." Link: http://wapo.st/2nlGRMY.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of March, 2017.

_____

David J. Weiner (D. .0 # 499806)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
David.weiner@apks.com