## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> *Defendants*. | No. 17-cv-537 (TSC) <br><br> Electronically Filed <br><br> Hon. Tanya S. Chutkan |

### DOE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs John Doe #1 and Jane Doe #1 (collectively, "the Doe Plaintiffs") hereby voluntarily dismiss their claims pending before this Court in this action.  This dismissal applies <u>only</u> to the claims of the Doe Plaintiffs and does not affect the claims of Plaintiff Universal Muslim Association of America ("UMAA"), which remain pending in this case.

The Doe Plaintiffs, Yemeni nationals who are currently living in the United States based on Mr. Doe's status as an asylee, sought to enjoin Section 2(c) of President Trump's Executive Order No. 13,780 insofar as it would bar their two young sons living in Yemen ("the Doe sons") from obtaining follow-to-join asylee visas and entering the United States to be reunited with the Doe Plaintiffs.  Section 2(c) of the Executive Order is currently preliminarily enjoined from taking effect by federal district courts in Hawai'i and Maryland, although appeals of both injunctions are currently pending before the United States Court of Appeals for the Fourth and

Ninth Circuits.  On Friday, April 28, while these injunctions remained in effect, the two Doe sons were able to travel to and enter the United States.

Voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate because Defendants have neither answered the Doe Plaintiffs' Complaint nor moved for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  The Doe Plaintiffs accordingly file this Notice of Voluntary Dismissal of all their claims pending before this Court and respectfully request that this dismissal be entered without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED:        May 1, 2017.

_____
/s/ Emily Newhouse Dillingham

| | |
|---|---|
| Johnathan Smith  (admitted *pro hac vice*) | David J. Weiner (D.C. Bar # 499806) |
| Aziz Huq (admitted *pro hac vice*) | Charles A. Blanchard (D.C. Bar # 1022256) |
| MUSLIM ADVOCATES | Amanda J. Sherwood (D.C. Bar # 1021108) |
| P.O. Box 71080 | ARNOLD & PORTER KAYE SCHOLER |
| Oakland, CA 94612 | LLP |
| Telephone: (415) 692-1484 | 601 Massachusetts Avenue NW |
| Johnathan@muslimadvocates.org | Washington, DC 20001 |
| Aziz.huq@gmail.com | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| Richard B. Katskee (D.C. Bar # 474250) | David.weiner@apks.com |
| Bradley Girard (D.C. Bar # 1033743) | Charles.blanchard@apks.com |
| AMERICANS UNITED FOR | Amanda.johnson@apks.com |
| SEPARATION OF CHURCH AND | |
| STATE | |
| 1310 L Street NW, Suite 200 | Emily Newhouse Dillingham (admitted *pro* |
| Washington, DC 20005 | *hac vice*) |
| Telephone: (202) 466-3234 | ARNOLD & PORTER KAYE SCHOLER |
| Facsimile: (202) 466-3353 | LLP |
| Katskee@au.org | 70 West Madison Street |
| Girard@au.org | Chicago, IL 60602 |
| | Telephone: (312) 583-2300 |
| | Facsimile: (312) 583-2360 |
| Gillian B. Gillers (admitted *pro hac vice*) | Emily.dillingham@apks.com |
| Kristi L. Graunke (admitted *pro hac* | |
| *vice*) | |
| Naomi R Tsu (admitted *pro hac vice*) | Andrew D. Bergman (admitted *pro hac vice*) |
| SOUTHERN POVERTY LAW | ARNOLD & PORTER KAYE SCHOLER |
| CENTER | LLP |
| 1989 College Avenue NE | 700 Louisiana Street, Suite 1600 |
| Atlanta, GA 30317 | Houston, TX 77002 |
| Telephone: (404) 521-6700 | Telephone: (713) 576-2400 |
| Facsimile: (404) 221-5857 | Facsimile: (713) 576-2499 |
| gillian.gillers@splcenter.org | Andrew.bergman@apks.com |
| kristi.graunke@splcenter.org | |
| naomi.tsu@splcenter.org | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

/s/ Emily Newhouse Dillingham
Emily Newhouse Dillingham
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
emily.dillingham@apks.com