IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, INC.,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　　*Defendants*. | No. 17-cv-537 (TSC)<br><br>Electronically Filed<br><br>Hon. Tanya S. Chutkan |

**PARTIES' JOINT AGREEMENT TO STAY PROCEEDINGS**

On June 20, 2017, this Court stayed the proceedings in this matter pending the Supreme Court's ruling on the merits in *Trump v. International Refugee Assistance Project*, No. 16-1436. This Court also ordered that after the Supreme Court's ruling on the merits of that case, the parties should jointly submit a proposed schedule for continued proceedings in this matter. Dkt. No. 54. After President Trump issued a Presidential Proclamation Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats (the "Proclamation") on September 24, 2017, the Supreme Court dismissed the *IRAP* proceedings. Since that time, several cases challenging the Proclamation have been filed or renewed.

Pending before this Court, the plaintiffs in *Pars Equality Center v. Trump*, No. 17-cv-255 (D.D.C.), have moved for a preliminary injunction. To date, two other district courts have entered orders blocking parts of the Proclamation from going into effect. On October 17, 2017, the U.S. District Court for the District of Hawaii entered a temporary restraining order blocking

implementation of certain provisions of the Proclamation in *Hawaii v. Trump*, Civil No. 17-00050-DKW-KSC, Dkt. No. 387 (D. Haw. Oct. 17, 2017), which the court converted to a preliminary injunction on October 20, 2017. *Id.*, Dkt. No. 390. Also on October 17, the U.S. District Court for the District of Maryland entered a preliminary injunction in three related cases, *IRAP v. Trump*, Civil Action No. TDC-17-0361, Dkt. No. 219 (D. Md. Oct. 17, 2017); *Iranian Alliances Across Borders v. Trump,* Civil Action No. TDC-17-2921, Dkt. No. 46 (D. Md. Oct. 17, 2017); and *Zakzok v. Trump,* Civil Action No. TDC-17-2969, Dkt. No. 36 (D. Md. Oct. 17, 2017). The Government has appealed these rulings in the Ninth and Fourth Circuits, respectively, and both appellate courts have set an expedited briefing schedule with oral argument dates in early December 2017. On October 27, 2017, the U.S. District Court for the Western District of Washington stayed consideration of a motion for a temporary restraining order against the Proclamation "so long as the preliminary injunction in *Hawaii v. Trump* concerning [the Proclamation] or a preliminary injunction of identical or broader scope remains in place." *Washington v. Trump*, No. 17-cv-141, Dkt No. 209 at 16 (W.D. Wash. Oct. 27, 2017). That court also granted a joint stipulated motion to extend the stay in a case similar to the one before this Court, "order[ing] the stay to remain in effect until such time as the Ninth Circuit rules on the appeal of the preliminary injunction in *Hawaii v. Trump*, No. 17-17168 (9th Cir.)." *Ali v. Trump*, No. 17-cv-135, Dkt. No. 103 (W.D. Wash. Nov. 1, 2017).

      The parties have conferred and agree that a continued stay of these proceedings, pending final resolution of the preliminary-injunction motions in the cases discussed above, promotes judicial efficiency and is in the best interests of the parties. The parties therefore respectfully request that this Court stay these proceedings pending final resolution of the preliminary-injunction motions in the cases discussed above.

Dated: November 2, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ David J. Weiner* | |
| David J. Weiner (D.C. Bar # 499806) | Johnathan Smith (D.C. Bar # 1029373) |
| Charles A. Blanchard (D.C. Bar # 1022256) | Sirine Shebaya (D.C. Bar # 1019748) |
| ARNOLD & PORTER | MUSLIM ADVOCATES |
|   KAYE SCHOLER LLP | P.O. Box 66408 |
| 601 Massachusetts Ave., NW | Washington, D.C. 20035 |
| Washington, DC 20001 | (202) 897-2622 |
| (202) 942-5000 | johnathan@muslimadvocates.org |
| (202) 942-5999 (fax) | sirine@muslimadvocates.org |
| david.weiner@apks.com | |
| charles.blanchard@apks.com | Richard B. Katskee (D.C. Bar # 474250) |
| | AMERICANS UNITED FOR |
| Emily Newhouse Dillingham |   SEPARATION OF CHURCH AND |
| (admitted *pro hac vice*) |   STATE |
| ARNOLD & PORTER | 1310 L Street, NW, Suite 200 |
|   KAYE SCHOLER LLP | Washington, DC 20005 |
| 70 West Madison Street | (202) 466-3234 |
| Chicago, IL 60602 | (202) 466-3353 (fax) |
| (312) 583-2300 | katskee@au.org |
| (312) 583-2360 (fax) | |
| emily.dillingham@apks.com | Gillian B. Gillers (admitted *pro hac vice*) |
| | Kristi L. Graunke (admitted *pro hac vice*) |
| Andrew D. Bergman | Naomi R Tsu (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | SOUTHERN POVERTY LAW |
| ARNOLD & PORTER |   CENTER |
|   KAYE SCHOLER LLP | 1989 College Ave., NE |
| 700 Louisiana Street, Suite 4000 | Atlanta, GA 30317 |
| Houston, TX 77002 | (404) 521-6700 |
| (713) 576-2400 | (404) 221-5857 (fax) |
| (713) 576-2499 (fax) | gillian.gillers@splcenter.org |
| andrew.bergman@apks.com | kristi.graunke@splcenter.org |
| | naomi.tsu@splcenter.org |

*Counsel for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Daniel Schwei*
DANIEL SCHWEI (N.Y. Bar)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel.:   (202) 305-8693
Fax:   (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Counsel for Defendants*