# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNIVERSAL MUSLIM ASSOCIATION OF AMERICA, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>     Defendants. | **Civil Action No.: 1:17-cv-00537-TSC** |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned is hereby withdrawing as counsel for Plaintiffs Universal Muslim Association of America, *et al.*, as he will be leaving Muslim Advocates effective February 1, 2019. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 1, 2019         Respectfully submitted,

                */s/ Johnathan Smith*
                Johnathan Smith (D.C. Bar No. 1029373)
                Muslim Advocates
                P.O. Box 34440
                Washington, D.C. 20043
                johnathan@muslimadvocates.org
                Tel: (202) 897-1897
                Fax: (202) 508-1007

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 1, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

                          By:  */s/ Johnathan Smith*